

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-17-00179-CR

## IN RE NELSON PARNELL, JR.

_____

## Original Proceeding

## MEMORANDUM OPINION

Relator's "Motion for a Petition for a Writ of Mandamus" filed on May 31, 2017 is

denied.

Relator's Motion for an Order for Partial Reporter's Record, filed on May 31, 2017,

is also denied.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Petition denied; motion denied
Opinion delivered and filed June 14, 2017
[OT06]

